JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Scott Schutza

        Plaintiff,

v.

Sandcastle Inn, LLC et al

        Defendants.

Case No. CV 16-02276-AB (FFMx)

ORDER DISMISSING CIVIL ACTION

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: September 7, 2016      _____

                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE